USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/19/20

UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,
    Plaintiff,

v.

NEW YORK PICKLE & CONDIMENT
DEALERS ASSOCIATION, INC.,
    Defendant.

Case No. 1:20-mc-00093

## ORDER TERMINATING FINAL JUDGMENT

The Court having received the motion of plaintiff United States of America for termination of the final judgment entered in the above-captioned case, and the Court having considered all papers filed in connection with this motion, and the Court finding that it is appropriate to terminate the final judgment, it is

**ORDERED, ADJUDGED, AND DECREED:** That said final judgment is hereby terminated.

The Clerk of Court is directed to close this case.

SO ORDERED.

Dated: February 19, 2020
New York, New York

GREGORY H. WOODS
United States District Judge